No. 95–571. MENDENHALL v. GOLDSMITH ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–573. LURIE v. HALDERMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–582. MUSTIN v. WITHROW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–589. WESTINGHOUSE ELECTRIC CORP. ET AL. v. BOARD OF MANAGERS OF WINSTON TOWERS No. 4 CONDOMINIUM ASSN. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–592. BANK OF CALIFORNIA, N. A., TRUSTEE OF THE JULIA D. RAGSDALE TRUST, ET AL. v. OREGON DEPARTMENT OF REVENUE. Sup. Ct. Ore. Certiorari denied.

No. 95–603. OPERATING ENGINEERS PENSION TRUST ET AL. v. INSURANCE COMPANY OF THE WEST. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–672. GARY v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–687. NEGRETTE v. PRINCIPAL MUTUAL LIFE INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–698. FREEMAN v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 95–701. WEIL, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF HEALTH CARE POLICY AND FINANCING v. HERN ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–729. PORTER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 95–5616. CARR v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–5876. LEVINSON v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.